UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. LEO M. GORDON, JUDGE

---------------------------------------------------------------x
AMOENA USA CORP.,                              :
                                               :
                                               :
            Plaintiff,                         :
                                               :
        v.                                     :    Court No. 20-00100
                                               :
UNITED STATES,                                 :
                                               :
            Defendant.                         :
                                               :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF ATTORNEYS

Pursuant to USCIT R. 75, we respectfully notice the withdrawal of Robert F. Seely, William F. Marshall, and Alan G. Lebowitz as counsel for plaintiff in the above-captioned action.

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP remains as counsel for plaintiff. Robert B. Silverman is lead counsel in these proceedings.

Respectfully submitted,

By:   /s/ Joseph M. Spraragen
      Joseph M. Spraragen
      *Attorneys for Plaintiff*
      GRUNFELD DESIDERIO LEBOWITZ
      SILVERMAN & KLESTADT LLP
      599 Lexington Avenue – 36th Floor
      New York, New York 10022-7648
      Tel: (212) 557-4000
      jspraragen@gdlsk.com

Dated: September 10, 2024
       New York, New York

12929273_1