UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. LEO M. GORDON, JUDGE

```
-----------------------------------------------------------x
AMOENA USA CORP.,                           :
                                            :
                Plaintiff,                  :
                                            :
        v.                                  :   Court No. 20-00100
                                            :
UNITED STATES,                              :
                                            :
                Defendant.                  :
                                            :
-----------------------------------------------------------x
```

## JOINT STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

Pursuant to Rule 56.3 of the Rules of the United States Court of International Trade, plaintiff hereby submits the following joint statement of undisputed material facts as to which there are no genuine issues to be tried:

### JURISDICTION

1. The imported merchandise consists of mastectomy brassieres ("subject merchandise"), which were the subject of entry 9HJ-0055188-0 of April 25, 2016. Entry Papers, Court Files. ECF Nos. 6 and 6-1.

2. The model numbers of the subject merchandise are identified on the commercial invoice, which was the basis of the subject entry. Entry Papers, Court Files. ECF Nos. 6 and 6-1.

3. Samples of the following styles will be submitted to the Court: Mona 0591, Lara SB 0675, Lara SB 0647, Lara Satin SB 44214, Ester SB 42576, Barbara WB 0457, Magdalena SB 0463, Isadora SB 0947, and Nancy SB 1151.

4. United States Customs and Border Protection ("Customs") classified the subject merchandise upon liquidation of the entry at issue in subheading 6212.10.90 of the Harmonized Tariff Schedule of the United States ("HTSUS"). Complaint ¶ 6; Answer

5. Subheading 6212.10.90, HTSUS, provides for other brassieres which carries a 16.9% *ad valorem* duty rate.

6. Plaintiff timely protested the liquidation of this entry. Complaint ¶ 3; Answer ¶ 3.

7. Plaintiff asserts subheading 9021.39.00, HTSUS, as the proper classification. Entry Papers, Court Files. ECF Nos. 6 and 6-1.

8. Subheading 9021.39.00, HTSUS covers other artificial parts of the body and parts and accessories thereof, which is a duty-free provision.

9. Customs denied plaintiff's protest and plaintiff timely filed this action. Entry Papers, Court Files (ECF Nos. 6 and 6-1); Complaint ¶ 3; Answer ¶ 3.

10. All liquidated duties were paid prior to the commencement of this action. Complaint ¶ 4; Answer ¶ 4.

## DESIGN OF MERCHANDISE

11. Specification sheets of the following styles "Adriana SB", "Adriana Padded SB", "Angelique WB", "Barbara WB", "Carmen SB", "Ester SB" (black), "Ester SB" (white), "Isadora SB", "Jane SB", "Lara Satin SB", "Lara SB" (nude), "Lara SB" (black), "Lilly SB", "Magdalena SB", "Mona SB", "Nancy SB", and "Tracy WB" will be submitted to the Court.

12. In NY N005512, (Feb. 2, 2007) and NY 805975, (Feb. 8, 1995), Customs classified artificial breast forms that are used as prostheses under Heading 9021, HTSUS.

## COMPONENT MATERIALS

13. The subject merchandise is constructed with a mix of fibers, metal, and plastic.

14. The subject merchandise is composed of varying amounts of textiles such as polyamide, cotton, viscose and polyester, with various amounts of elastane or spandex ranging from 9% to 34% depending on the model.

15. Model "Adriana SB" has a mixed material composition of 83% polyamide, 11% elastane, and 6% polyester.

16. Model "Adriana Padded SP" has a mixed material composition of 57% polyamide, 8% elastane, and 35% polyester.

17. Model "Angelique WB" has a mixed material composition of 53% polyamide, 9% elastane, and 38% polyester.

18. Model "Barbara WB" has a mixed material composition of 72% polyamide, 14% elastane, and 14% polyester.

19. Model "Carmen SB" has a mixed material composition of nylon, spandex, polyester, cotton, and viscose.

20. Model "Ester SB" (black) has a mixed material composition of 83% nylon, and 17% spandex.

21. Model "Ester SB" (white) has a mixed material composition of 83% nylon, and 17% spandex.

22. Model "Isadora SB" has a mixed material composition of 44% nylon, 29% polyester, 14% elastane, and 13% cotton.

23. Model "Jane SB" has a mixed material composition of 71% polyamide and 29% elastane.

24. Model "Lara Satin SB" has a mixed material composition of 74% polyamide, 15% elastane, and 11% polyester.

25. Model "Lara SB" (nude) has a mixed material composition of 84% polyamide and 16% elastane.

26. Model "Lara SB" (black) has a mixed material composition of 84% polyamide and 16% elastane.

27. Model "Lilly SB" has a mixed material composition of 83% polyamide and 17% elastane.

28. Model "Magdalena SB" has a mixed material composition of 54% nylon, 24% spandex, and 22% polyester.

29. Model "Mona SB" has a mixed material composition of 79% nylon and 21% spandex.

30. Model "Nancy SB" has a mixed material composition of 38% polyester, 31% polyamide, 22% coolmax, and 9% elastane.

31. Model "Tracy WB" has a mixed material composition of polyamide and elastane.

*Joint Statement of Material Facts Not In Dispute*, Court No. 20-00100

Respectfully submitted,

| | |
|---|---|
| GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP<br>*Attorneys for Plaintiff*<br>599 Lexington Avenue – 36th Floor<br>New York, NY 10022<br>Tel: (212) 557-4000<br>jspraragen@gdlsk.com<br><br>By:  /s/ Joseph M. Spraragen<br>       Joseph M. Spraragen | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>By:  *(signature)*<br>       JUSTIN R. MILLER<br>       Attorney-In-Charge<br>       International Trade Field Office<br><br>*(signature)*<br>BEVERLY A. FARRELL<br>Senior Trial Attorney<br>International Trade Field Office<br>Department of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza, Room 346<br>New York, New York 10278<br>Tel.: (212) 264-0483<br>beverly.a.farrell@usdoj.gov |
| Dated:  November 12, 2024<br>            New York, New York | *Attorneys for Defendant* |