UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. LEO M. GORDON, JUDGE

|  |  |
|---|---|
| AMOENA USA CORP., | : |
| Plaintiff, | : Court No. 20-00100 |
| v. | : |
| UNITED STATES, | : |
| Defendant. | : |

**PLAINTIFF'S SUPPLEMENTAL BRIEF DEFINING THE TERM "BRASSIERE"**

When "a tariff term is not defined in either the HTSUS or its legislative history, the term's correct meaning is its common or dictionary meaning in the absence of evidence to the contrary." *Russell Stadelman & Co. v. United States*, 242 F.3d 1044, 1048 (Fed. Cir. 2001) (internal citation omitted). "To assist it in ascertaining the common meaning of a tariff term, the court may rely upon its own understanding of the terms used, and it may consult lexicographic and scientific authorities, dictionaries, and other reliable information." *Baxter Healthcare Corp. of Puerto Rico v. United States*, 182 F.3d 1333, 1337–38 (Fed. Cir. 1999). "Stare decisis commands respect for a past interpretation of a tariff classification term—just as it would for a prior interpretation of any other statutory phrase." *Blue Sky the Color of Imagination, LLC v. United States*, No. 2024-1710, 2025 WL 3481360, at *3 (Fed. Cir. Dec. 4, 2025).

In accordance with prior interpretations and the common meaning of the term, plaintiff submits that "brassiere" means an undergarment worn to support breasts. This definition is consistent with the concept of bust support, as explained by the court in *Victoria's Secret Direct, LLC v. United States*, 909 F. Supp. 2d 1332, 1353-4, n. 20 (2013), *aff'd*, 769 F.3d 1102 (Fed. Cir.

2014) (explaining "bust support" includes the common definitions cited in footnote 20).  The three definitions of "brassiere" provided in *Victoria's Secret* were:

- "[w]oman's close-fitting undergarment having cups for bust support, varying in width from a band to a waist length bodice, made with or without straps, and often boned or wired for additional support or separation; also: *an adaptation of this garment for sportswear*."
- "[a] woman's undergarment worn to support the breasts."
- "[a] shaped undergarment worn by women to mold and support the breasts."

*Id.* at 1353-4, n.20.  As noted, even the definition of brassiere that includes "bust support" explicitly requires the garment to have cups, which are obviously designed to support breasts.

Therefore, the merchandise at issue does not meet the definition of brassiere because it supports an artificial part of the body.  Importantly, the definitions of "brassiere" cited by the court in *Victoria's Secret* requires a brassiere to support two breasts, not one.

Finally, we emphasize that on two occasions the Federal Circuit has held that the essential characteristic of items classified under heading 6212 is body support, not support of an artificial body part.  *See Victoria's Secret*, 769 F.3d 1102 at 1108 (Fed. Cir. 2014); *Riddell, Inc. v. United States*, 754 F.3d 1375, 1382 (Fed. Cir. 2014).

Respectfully submitted,

By:     /s/ Joseph M. Spraragen
Robert B. Silverman
Joseph M. Spraragen
Grunfeld, Desiderio, et al., LLP
599 Lexington Avenue – 36th Floor
New York, New York 10022-7648
Tel: (212) 557-4000 jspraragen@gdlsk.com

Dated: December 17, 2025
    New York, New York